UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN J. DEBARR, | ) | 3:12-cv-00039-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 26, 2013 |
| | ) | |
| TARA CARPENTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff has filed a Request for Judicial Notice/Motion to Strike Defendants' Request for Enlargement of Time. (Doc. # 45.)  However, on August 20, 2013, this court granted Defendants' motion to extend time within which to file their reply in support of their motion for summary judgment.

     Plaintiff's motion (Doc. # 45) is therefore **DENIED** as moot.

     **IT IS SO ORDERED.**

                                                                       LANCE S. WILSON, CLERK

                                                                       By:         /s/
                                                                            Deputy Clerk