UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| BRIAN J. DEBARR, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-cv-00039-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| TARA CARPENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#48[1]) entered on January 13, 2014, recommending granting Defendants' Motion for Summary Judgment (#35) filed on June 10, 2013; denying Plaintiff's request for a delay in considering the motion; dismissing with prejudice Plaintiff's remaining federal law claims under 42 U.S.C. § 1985 and 42 U.S.C. § 1986; and declining to exercise supplemental jurisdiction over Plaintiff's state law claims. Plaintiff filed his Objections to Report and Recommendation of United States Magistrate Judge (#51) on February 4, 2014, and Defendants filed their Response to Plaintiff's Objections to Report and Recommendation of United States Magistrate Judge (#52) on February 18, 2014. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1]Refers to court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#48) entered on January 13, 2014, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#48) entered on January, 13, 2014, is adopted and accepted, and Defendants' Motion for Summary Judgment (#35) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's request for a delay in considering Defendants' motion under Federal Rule of Civil Procedure 56(d) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's remaining federal claims under 42 U.S.C. § 1985 and 42 U.S.C. § 1986 are DISMISSED with prejudice.

The Court hereby DECLINES to exercise supplemental jurisdiction over Plaintiff's state law claims.

IT IS SO ORDERED.

DATED this 6th day of March, 2014.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE