# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN J. DEBARR,<br><br>        Plaintiff,<br><br>vs.<br><br>TARA CARPENTER, et al.,<br><br>        Defendants. | CASE NO. 3:12-cv-00039-LRH-WGC<br><br>**STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; AND ORDER** |

- 1 -

Plaintiff Brian DeBarr ("Plaintiff") and Defendants Tara Carpenter, Greg Cox, Ellie Emmanuel, Don Helling, Jack Palmer, and Kirk Widmar (jointly "Defendants"), (Plaintiff and Defendants are collectively referred to herein as the "Parties") by and through their respective undersigned attorneys, hereby stipulate to dismissal with prejudice of this action in its entirety as to all Parties and all claims for relief in Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 41(a).

Each Party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 4, 2017    GREENBERG TRAURIG, LLP

By: */s/Stephen E. Paffrath*
ALAYNE M. OPIE (NV Bar No. 12623)
TYLER R. ANDREWS (NV Bar No. 9499)
STEPHEN E. PAFFRATH (*Admitted Pro Hac Vice*)
Attorneys for Plaintiff BRIAN J. DEBARR

Dated: December 4, 2017    ADAM PAUL LAXALT
Nevada Attorney General

By: */s/D. Randall Gilmer*
D. RANDALL GILMER
Deputy Attorney General
Nevada Bar No. 14001C
Attorneys for Defendants

**IT IS SO ORDERED.**

DATED this 7th day of December, 2017.

By: _____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE